# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SIMONE CHAMBERS | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23CV466<br>JUDGE MAZZANT/JUDGE JOHNSON |
| NCB MANAGEMENT SERVICES, *et al.* | § § § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 14, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #49) that Defendant Experian Information Solutions, Inc.'s Motion to Dismiss and Brief in Support (the "Motion to Dismiss") (Dkt. #24) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion to Dismiss (Dkt. #24) is **GRANTED** and Plaintiff Simone Chamber's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER OREDERED** that Plaintiff shall file an amended complaint no later than fourteen (14) days after the entry of this Memorandum Adopting Report and Recommendation. If Plaintiff fails to timely file an amended complaint, Plaintiff's claims will be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 11th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE