# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SIMONE CHAMBERS | § |
| | § |
| V. | § CIVIL ACTION NO. 4:23CV466 |
| | § JUDGE MAZZANT/JUDGE JOHNSON |
| NCB MANAGEMENT SERVICES, *et al.* | § |

## ORDER OF DISMISSAL

On March 11, 2024, the Court issued the Memorandum Adopting Report and Recommendation of United States Magistrate Judge (the "Memorandum Adopting") (Dkt. #50) wherein the Court granted Defendant Experian Information Solution, Inc.'s Motion to Dismiss and Brief in Support (Dkt. #24). *See* Dkt. #50 at 1. The Court further ordered that Plaintiff Simone Chambers be given leave to file an amended complaint no later than fourteen days after the entry of the Memorandum Adopting. *Id.* More than fourteen days have passed, and Plaintiff has not filed an amended complaint.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**SIGNED this 2nd day of May, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE